The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL M. TRSEK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CASE NO. 2:17-cv-00490-JLR<br><br>STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND ~~PROPOSED~~ ORDER<br><br>NOTED: December 6, 2017 |

## JOINT STIPULATION

The parties, by and through their counsel of record, hereby stipulate that this case has been resolved and jointly move this Court for an order of dismissal with prejudice and without costs or fees to either party. The parties also stipulate and agree that this Court shall retain jurisdiction over the above captioned action and the terms of the settlement thereof if and as necessary.

//

//

//

STIPULATED MOTION FOR
DISMISSAL WITH PREJUDICE
AND ~~PROPOSED~~ ORDER -1
Case No. 2:17-cv-00490-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  STIPULATED AND AGREED this 6th day of December, 2017.

| | |
|---|---|
| s/ Marc L. Siliverman<br>Marc L. Silverman, WSBA #12830<br>Law Office of Marc L. Silverman<br>2223 112th Avenue NE, Suite 202<br>Bellevue, WA 98004<br>E-mail: marc@silvermanlaw.com<br><br>Attorney for Plaintiff | ANNETTE L. HAYES<br>United States Attorney<br><br>s/ Tricia Boerger<br>TRICIA BOERGER, WSBA #38581<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>E-mail: tricia.boerger@usdoj.gov<br><br>Attorneys for Defendant |

STIPULATED MOTION FOR
DISMISSAL WITH PREJUDICE
AND ~~PROPOSED~~ ORDER -1
Case No. 2:17-cv-00490-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party. This Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof if and as necessary.

DATED this 6th day of December 2017.

James L. Robart
United States District Judge

*Presented by:*

ANNETTE L. HAYES
United States Attorney

*s/ Tricia Boerger*
TRICIA BOERGER, WSBA #38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
E-mail: tricia.boerger@usdoj.gov

Attorneys for Defendant

STIPULATED MOTION FOR
DISMISSAL WITH PREJUDICE
AND ~~PROPOSED~~ ORDER -1
Case No. 2:17-cv-00490-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970